LINK:

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES – GENERAL

| Case No. | CV 13-07402-BRO (RZx) | Date | January 10, 2014 |
|---|---|---|---|
| Title | Elio Garcia et al v. Aurora Commercial Corp et al | | |

Present: The Honorable   **BEVERLY REID O'CONNELL, United States District Judge**

| Renee A. Fisher | Not Present | N/A |
|---|---|---|
| Deputy Clerk | Court Reporter | Tape No. |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| Not Present | Not Present |

**Proceedings:**      (IN CHAMBERS)

**ORDER RE DEFENDANTS' MOTION TO DISMISS
(filed 12/17/2013) [15]**

     Defendants NATIONSTAR MORTGAGE LLC AND AURORA COMMERCIAL CORP. filed a Motion to Dismiss on December 17, 2013, which is set for hearing on January 27, 2014. Plaintiff's opposition was due January 6, 2014. The Court has not received Plaintiff's Opposition to defendants' Motion to Dismiss.

     Plaintiff is ORDERED to show cause why this case should not be dismissed and/or the Motion to Dismiss should not be granted. Plaintiff must respond to this order no later than **noon on Wednesday, January 15, 2014**.

     Failure to file a response risks dismissal of the entire action.

     **IT IS SO ORDERED.**

|  | : |
|---|---|
| Initials of Preparer | rf |